**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>PLAINTIFF<br><br>v.<br><br>MARY ALICE ALLEY,<br><br>DEFENDANT | **CIVIL ACTION NO.: 1:26-cv-00193-JAW**<br><br>**AFFIDAVIT OF STEPHEAN C. CHUTE, ESQUIRE REGARDING SERVICE BY MAIL** |

NOW COMES Stephean C. Chute, Esquire, and, being duly sworn, says as follows:

1. My name is Stephean C. Chute, and I reside in Cape Elizabeth, Maine. I am Of Counsel for Braucher & Associates, PLLC, with offices situated at Manchester, New Hampshire, and am authorized to practice law before this Federal, District Court of Maine. I have filed an appearance and represent the Plaintiff in the above-captioned matter.

The statements that I make in this Affidavit are true to my personal knowledge. Any exhibits attached to this Affidavit are true copies of the original documents.

2. On or about September 10, 2026, a copy of the document attached as **Exhibit A** to this Affidavit was sent to the Defendant Mary Alice Alley (the "Defendant") addressed to the Defendant at 601 Fern Hollow Trl, Anderson, SC 29621, by first class mail, postage prepaid, in the envelope, a true copy of which is also part of that Exhibit.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at Manchester, New Hampshire this this September 10, 2026.

*<u>/s/ Stephean C. Chute</u>*
Stephean C. Chute, Esq., Bar No. 06828
Braucher & Associates, PLLC
764 Chestnut Street, Suite 1
Manchester, NH 03104
stephean@ishofn.com
Attorney for the Plaintiff

**CERTIFICATE OF SERVICE**

I, Stephean C. Chute, Esquire hereby certifies that on September 10, 2026, I served the above Motion upon the Defendants by mailing a copy of the same to them at the following addresses by first class mail, postage prepaid:

Mary Alice Alley

601 Fern Hollow Trl,

Anderson, SC 29621

Executed at Manchester, New Hampshire this this September 10, 2026.

*<u>/s/ Stephean C. Chute</u>*
Stephean C. Chute, Esq., Bar No. 06828
Braucher & Associates, PLLC
764 Chestnut Street, Suite 1
Manchester, NH 03104
stephean@ishofn.com
Attorney for the Plaintiff